UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20835-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

VINCENT HAM,
#79106-004,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry L. Garber's Report and Recommendation [31] on Defendant's Motion to Suppress [18]. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation issued November 15, 2007 is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this __27th__ day of November, 2007.

                                                K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record